(Rev. 10/2002) General Document

# UNITED STATES DISTRICT COURT
## Southern District of Florida

Case Number: _____

Samuel Lee Smith Jr
_____

_____
Plaintiff(s)

v.

MDCP School
Rachel Pierre Lovis
Christina L Guerra
_____
Defendant(s)

FILED by _____ D.C.

JAN 2 9 2018

STEVEN M. LARIMORE
CLERK U.S. DIST. CT.
S.D. OF FLA.

Discrimination RACE | Color | Gender
_____
*(TITLE OF DOCUMENT)*

I, Samuel Lee Smith Jr plaintiff or defendant, in the above styled cause, I attended the school Coral Reef Elementary on wednesday November 8 2017 in the morning to give my son his red school shirt. As I approached the gates, this is after 8:30am I notice the mom of Samuel Lee Smith III and the assistant principal Rachel Pierre Lovis in conversation. I waited a couple minutes the security guard was calling her name to get her attention but she wasn't aware at that time. So I continued to wait she notice I was there as she approached me she said "how did I get myself in this" and she proceeded with how may I help you? I stated I'm here to drop off my son's shirt to him and she said "No". I quickly took steps back and told

(Rev. 10/2002) General Document

her I'am not going to argue with you Im going to call the Police I was denied access to Coral Reef Elementary on Nov 8 by the assistant principal Rachael Pierre Lovis. The School was having an activity for the kids that day. I waited until MDSP arrived and then asked for the Supervisor. After the police arrived they filed a police report and I left School grounds.

Christina L Guerra which the Principal att the school has Interfered with Custody buttle denying mey right as a father to pick up my child from School on November 14, 2017

After these incidents on November 8 & 14th I would call MDSP to escort me on School grov. On November 14 an officer had to come with me because they allowed her to sign him up for after care

## Certificate of Service

I _____, certify that on this date _____ a true copy

of the foregoing document was mailed to: _____
                                           name(s) and address(es)

_____

_____

By:

_____
Printed or typed name of Filer

_____
Florida Bar Number

_____
Phone Number

_____
Street Address

_____
City, State, Zip Code

_____
Signature of Filer

_____
E-mail address

_____
Facsimile Number